CONRAD S. KEE USB# 14916
JACKSON LEWIS PLLC
215 S. State Street, Suite 760
Salt Lake City, UT 84111
(801) 736-3199 - Telephone
keec@jacksonlewis.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROLYN FORD,<br><br>        Plaintiff,<br><br>vs.<br><br>MCDONALDS REAL ESTATE COMPANY, a Delaware Corporation, CMK ENTERPRISES, INC., a Utah Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>        Defendants. | Civ. No.: 2:17-cv-00012-EJF<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br><br>Magistrate Judge Evelyn J. Furse |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed, in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

      Dated this 7th day of April, 2017.

*/s/ Matthew B. Crane*                               */s/ Conrad S. Kee*
Matthew B. Crane USB# 13909             Conrad S. Kee USB# 14916

*Attorney for Plaintiff*                                *Attorneys for Defendant CMK Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2017, I caused to be filed a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing.

*s/ Conrad S. Kee*
for Jackson Lewis P.C.

4837-5002-3238, v. 1