# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROLYN FORD,<br><br>　　　　Plaintiff,<br>vs.<br><br>MCDONALDS REAL ESTATE COMPANY, a Delaware Corporation, CMK ENTERPRISES, INC., a Utah Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>　　　　Defendants. | Civ. No.:  2:17-cv-00012-EJF<br><br>**ORDER OF FINAL DISMISSAL <u>WITH PREJUDICE</u>**<br><br>Magistrate Judge Evelyn J. Furse |

　　　THIS MATTER having come before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice and the Court having reviewed the Stipulation, it is hereby:

　　　**ORDERED and ADJUDGED** that Plaintiff's action is hereby DISMISSED with prejudice, pursuant to DUCiv R 54-1(d).  The parties shall bear their own attorneys' fees, costs, and disbursements.

　　　　　　　　　　　　　　　　　　　　　Dated this 10th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Evelyn J. Furse
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge